## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| HUSAM D. ABED, )<br><br>PLAINTIFF, )<br><br>v. )<br><br>BATH IRON WORKS CORPORATION, )<br><br>DEFENDANT. ) | C.A. No. 2:15-cv-00044-JDL |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Local Rule 41.1(a), Plaintiff Husam D. Abed, and Defendant Bath Iron Works Corporation, by and through their undersigned counsel, hereby stipulate to the dismissal of all claims contained in Plaintiff's Complaint, with prejudice and with no costs to either party.

Dated:  May 6, 2015                                Respectfully submitted,


*/s/ Shiloh D. Theberge*                          */s/ Shaun M. Khan*
Shiloh D. Theberge (Bar# 004746)          Shaun M. Khan (*pro hac vice*)
stheberge@littler.com                             skhan@metaxasbrown.com
LITTLER MENDELSON, P.C.               METAXAS BROWN PIDGEON, LLP
1 Monument Square, Suite 600              900 Cummings Center, Suite 207T
Portland, ME  04011                            Beverly, MA  01915
Phone: 207.699.1112                           Phone:  978.927.8000
Attorney for Defendant                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Shaun Khan, attorney for Husam D. Abed, hereby certify that on this date I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to all registered participants.

Dated:  May 6, 2015

/s/ Shaun M. Khan
Shaun M. Khan (*pro hac vice*)
skhan@metaxasbrown.com
METAXAS BROWN PIDGEON, LLP
900 Cummings Center, Suite 207T
Beverly, MA  01915
Phone:  978.927.8000
Attorney for Plaintiff